UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMONDO INVESTMENT, LLC, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, )<br>　v. )<br>　　　　　　　　　　　　　　　　)<br>SALLY MILLER; RONALD BANCHERO; )<br>DOES 1-5, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants. )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | Case No.: 12-CV-00526-LHK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR REMAND |

　　　This case is an unlawful detainer action that was referred to Magistrate Judge Howard R. Lloyd.  Judge Lloyd has made a report and recommendation that the District Judge grant Plaintiff's motion for remand because this action was improperly removed.  The Magistrate Judge's Report and Recommendation was filed and served on February 24, 2012.  No objections have been filed, and the time to file objections has expired.  *See* Fed. R. Civ. P. 72(b)(2).

　　　Having reviewed the Report and Recommendation, as well as the record in this case, the court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, adopts the Report and Recommendation.  This case is hereby remanded to the Santa Clara County Superior Court.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 18, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-00526-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING